UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CASE NO.: 3:25-cv-846-WWB-PDB**

ZACHARY REDMAN

    Plaintiff,

vs.

MAGNOLIA POINT INVESTMENT, LLC.,
a Florida Limited Liability Company
and TREVOR ROTHFELS, Individually,

    Defendants.
_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

    Plaintiff, ZACHARY REDMAN ("Plaintiff"), and Defendants, MAGNOLIA POINT INVESTMENT, LLC ("Magnolia") and TREVOR ROTHFELS, Individually ("Rothfels") (Magnolia and Rothfels collectively referred to as "Defendants"), (Plaintiff and Defendants collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties will file their request for approval and dismissal with prejudice within fourteen (14) days.

1

Dated this 2nd day of December, 2025.

| | |
|---|---|
| ***/s/ Noah E. Storch*** <br> Noah E. Storch, Esq. <br> Florida Bar No. 0085476 <br> Richard Celler Legal, P.A. <br> 7951 SW 6th Street, Suite 316 <br> Plantation, Florida 33324 <br> Telephone: (866) 344-9243 <br> Facsimile: (954) 337-2771 <br> Email: noah@floridaovertimelawyer.com <br> *Counsel for Plaintiff* | ***/s/ Mark A. Addington*** <br> Mark A. Addington, Esq. <br> Florida Bar No. 713430 <br> mark@addingtonlaw.com <br> Addington Law <br> 11250-15 Old St. Augustine Rd. <br> No. 141 <br> Jacksonville, Florida 32257 <br> Telephone: (904) 248-2429 <br> *Counsel for Defendants* |